UNITED STATES DISTRICT COURT

Middle District of North Carolina

| | | |
|---|---|---|
| HOSEA B. NORMAN, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:05CV715 |
| | ) | |
| NORTH CAROLINA DEPT. OF CORRECTION, | ) ) | |
| Defendant. | ) | |

**J-U-D-G-M-E-N-T**

On August 15, 2005, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. 636(b). No objections were received by the court within the time prescribed by the statue.

The court hereby adopts the Magistrate Judge's Recommendation.

**IT IS THEREFORE ORDERED AND ADJUDGED** that Plaintiff's complaint [Pleading no. 1] be and the same hereby is, **DISMISSED** without prejudice to Plaintiff filing a new complaint on the proper section 1983 forms which corrects the defects noted in the Recommendation.

United States District Judge

DATE: November 28, 2005